# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Farley Walker and the marital community composed thereof, <br> *Plaintiff* <br> v. <br> Ellensburg School District and Ellensburg Board of Directors, and Individually Michael Nollan, Curtis Bull, Heather Hazlett, Dan Shissler, Jennifer Hackett, and Jonathan Leonard, <br> *Defendant* | Civil Action No. 1:17-cv-3183-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment (ECF No. 28) is GRANTED.
Plaintiff's claims are DISMISSED WITH PREJUDICE.
Judgment is entered for the Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge STANLEY A. BASTIAN on a motion for summary judgment.

Date: 3/4/2019

CLERK OF COURT

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez